## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

James Burns

                Plaintiff.    Civil 07-1708 (PAM/JSM)

v.

Life Insurance Company of North America, et al.

                **ORDER FOR DISMISSAL WITH PREJUDICE**

                Defendants.

_____

Based upon the Stipulation for Dismissal with Prejudice by all the parties,

**IT IS ORDERED** that the above-entitled matter is hereby dismissed, with prejudice, and without attorneys fees, costs or disbursements being assessed or charged to any party.

Dated: March   12  , 2009

                s/Paul A. Magnuson
                Paul A. Magnuson, Judge
                United States District Court